**Synergy CHC Corp., *et al*.**

*Interim Cash Collateral Budget*

*For the 13-week period ending December 3, 2026*

| | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week Number** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | |
| **Week Beg.** | **09/04/2026** | **09/11/2026** | **09/18/2026** | **09/25/2026** | **10/02/2026** | **10/09/2026** | **10/16/2026** | **10/23/2026** | **10/30/2026** | **11/06/2026** | **11/13/2026** | **11/20/2026** | **11/27/2026** | **Total** |
| **Week Ending** | **09/10/2026** | **09/17/2026** | **09/24/2026** | **10/01/2026** | **10/08/2026** | **10/15/2026** | **10/22/2026** | **10/29/2026** | **11/05/2026** | **11/12/2026** | **11/19/2026** | **11/26/2026** | **12/03/2026** | |
| **RECEIPTS** | | | | | | | | | | | | | | |
| *Operating Receipts* | | | | | | | | | | | | | | |
| Collections - Accounts Receivable | $ 15,000 | $ 15,000 | $ 15,000 | $ 37,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 82,000 |
| Inventory Liquidation Proceeds | - | - | - | - | 100,000 | 100,000 | 100,000 | - | - | - | - | - | - | 300,000 |
| Other Operating Receipts | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Receipts** | 15,000 | 15,000 | 15,000 | 37,000 | 100,000 | 100,000 | 100,000 | - | - | - | - | - | - | 382,000 |
| Other Cash Inflows | - | 100,000 | - | 56,868 | - | - | - | - | - | - | - | - | - | 156,868 |
| **Total Receipts** | $ 15,000 | $ 115,000 | $ 15,000 | $ 93,868 | $ 100,000 | $ 100,000 | $ 100,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ 538,868 |
| **DISBURSEMENTS** | | | | | | | | | | | | | | |
| *Operating Disbursements* | | | | | | | | | | | | | | |
| Payroll and Payroll Taxes | $ - | $ 33,708 | $ - | $ - | $ - | $ 33,708 | $ - | $ - | $ - | $ - | $ 33,708 | $ - | $ - | $ 101,123 |
| Contractor Services | - | - | 15,000 | - | - | - | 15,000 | - | - | - | - | - | - | 30,000 |
| Telecommunications | - | 215 | - | - | - | 215 | - | - | - | 215 | - | - | - | 645 |
| IT Systems and Software | - | 15,714 | - | - | - | - | - | - | - | - | - | - | 15,714 | 31,428 |
| Insurance | - | - | 5,411 | 1,291 | - | - | 5,411 | 1,291 | - | - | - | 5,411 | 1,291 | 20,106 |
| Storage | - | 145 | - | - | - | 145 | - | - | - | 145 | - | - | - | 435 |
| Inventory Handling and Fulfillment | - | - | - | 40,000 | - | 7,200 | 40,000 | - | - | - | 7,200 | 40,000 | - | 134,400 |
| Other Operating Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | $ - | $ 49,782 | $ 20,411 | $ 41,291 | $ - | $ 41,268 | $ 60,411 | $ 1,291 | $ - | $ 360 | $ 40,908 | $ 45,411 | $ 17,005 | $ 318,137 |
| **Cash Flow from Operations** | $ 15,000 | $ 65,218 | $ (5,411) | $ 52,577 | $ 100,000 | $ 58,732 | $ 39,589 | $ (1,291) | $ - | $ (360) | $ (40,908) | $ (45,411) | $ (17,005) | $ 220,731 |
| *Non-Operating Disbursements* | | | | | | | | | | | | | | |
| Professional Fees - Counsel to Debtor | $ - | $ - | $ - | $ - | $ 45,000 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 105,000 |
| Professional Fees - CRO/Financial Advisor | - | - | - | - | 75,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 155,000 |
| Ordinary Course Professionals | - | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 1,000 | 1,000 | 1,000 | 1,000 | 24,000 |
| U.S. Trustee Fees | - | - | - | - | - | 476 | - | - | - | - | - | - | - | 476 |
| Interest/Debt Service | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Disbursements** | $ - | $ 2,500 | $ 2,500 | $ 2,500 | $ 122,500 | $ 20,476 | $ 20,000 | $ 20,000 | $ 20,000 | $ 18,500 | $ 18,500 | $ 18,500 | $ 18,500 | $ 284,476 |
| **Net Weekly Cash Flow** | $ 15,000 | $ 62,718 | $ (7,911) | $ 50,077 | $ (22,500) | $ 38,256 | $ 19,589 | $ (21,291) | $ (20,000) | $ (18,860) | $ (59,408) | $ (63,911) | $ (35,505) | $ (63,745) |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | $ 49,545 | $ 64,545 | $ 127,263 | $ 119,352 | $ 252,724 | $ 230,224 | $ 268,480 | $ 288,069 | $ 266,778 | $ 246,778 | $ 227,918 | $ 168,511 | $ 104,600 | $ 49,545 |
| Release of Restricted Cash | - | - | - | 83,295 | - | - | - | - | - | - | - | - | - | 83,295 |
| Net Weekly Cash Flow | 15,000 | 62,718 | (7,911) | 50,077 | (22,500) | 38,256 | 19,589 | (21,291) | (20,000) | (18,860) | (59,408) | (63,911) | (35,505) | (63,745) |
| **Weekly Ending Cash** | 64,545 | 127,263 | 119,352 | 252,724 | 230,224 | 268,480 | 288,069 | 266,778 | 246,778 | 227,918 | 168,511 | 104,600 | 69,095 | 69,095 |